**Hazel Parkinson, Plaintiff-Appellant, v. Elsie Hill, Defendant-Appellee.**

**Gen. No. 50,612.**

First Division, First District.

January 7, 1966.

Charles V. Falkenberg, Jr., of Chicago, for appellant; no briefs filed for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.